In the Matter of the Claim of DANIEL CAMERON, Respondent, against ELLIS CONSTRUCTION COMPANY et al., Appellants, and THE UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondent.

STATE INDUSTRIAL BOARD, Respondent.

(Argued May 27, 1929; decided June 4, 1929.)

*John H. Broderick,* for motion.

*W. P. Brown* opposed.

Motion denied.